UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 11-3220 |
| | ) |
| KANDI M. PEIKETT, nka, | ) |
| KANDI MELYSSYA FERGUSON, | ) |
| | ) |
| Defendant. | ) |

## OPINION CONFIRMING SALE

The U.S. Marshal has been appointed by the Court to sell property at issue in this case.  The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court.  The Court, having reviewed the relevant materials, finds as follows:

1. The common address and legal description of the real estate at issue:

    313 E. Main Street, Plainville, IL  62365

    The East 10.92 feet of Lot Two (2) and all of Lots Three (3) and Four (4) in Wagy and Havenor Subdivision, Plainville, situated in the County of Adams and State of Illinois; and

    The East 10.92 feet of the North 82.5 feet of Lot One (1) and all of Lot Eight (8) of Havenor Subdivision, Plainville, Adams County, Illinois

    Index Nos. 18-0-0796-000-00 and 18-0-0771-000-00

2. A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

3. The terms of sale were fair and not unconscionable;

4. The sale was conducted fairly and without fraud;

5. Justice was done by the sale;

6. All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

7. This Court obtained personal jurisdiction over the defendant Kendi M. Peikett nka Kandi Melyssya Ferguson who is personally liable to Plaintiff for the deficiency from the sale.

IT IS THEREFORE ORDERED:

A. The U.S. Marshal's report of the sale is approved and the sale is confirmed;

B. A deficiency judgment be and the same is hereby entered in favor of plaintiff, UNITED STATES OF AMERICA, ACTING THROUGH RURAL DEVELOPMENT, and against defendant, Kandi M. Peikett nka Kandi Melyssya Ferguson, in personam, in the amount of $42,998.79, and that execution may issue in accordance with the law.

C. The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS 5/l5-l509(a).

D. The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

E. There is no just reason to delay enforcement of or appeal from this final order.

ENTER: April 13, 2012.

                                              s/Sue E. Myerscough
                                              SUE E. MYERSCOUGH
                                          UNITED STATES DISTRICT JUDGE